FILED
HARRISBURG, PA

JUL 2 4 2024

PER /W/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:24-CR-188 |
| v. | : | (Judge MUNLEY) |
| **JOSUE RAMON AYALA NAJARRO,** Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about March 1, 2024, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JOSUE RAMON AYALA NAJARRO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about November 21, 2012, via New Orleans, Louisiana, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
UNITED STATES ATTORNEY

*/s/ signature*

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

FOREPERSON

7/24/2024
Date

2